SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
IGNACIO VERA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO VERA,<br><br>       Plaintiff,<br><br>   vs.<br><br>TAPPED OUT GAMING INC; EDWARD IRIANA, AS TRUSTEE OF THE IRIANA LIVING TRUST; and DOES 1 to 10,<br><br>       Defendants. | Case No.: 2:24-cv-10711-JFW (AGRx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

   Notice is hereby given that Plaintiff IGNACIO VERA ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

   DATED:  January 28, 2025          **SO. CAL EQUAL ACCESS GROUP**

                                                             /s/ Jason J. Kim
                                                         JASON J. KIM
                                                         Attorney for Plaintiff